# UNITED STATES DISTRICT COURT
для
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Kayla Luna<br>Waynesboro, TN<br><br>*Defendant* | )<br>)<br>) Case No. 1:14-00005 Judge Trauger<br>)<br>) |

*U.S. MARSHALS SERVICE MIDDLE TENNESSEE  2014 AUG 18 AM 10: 43*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kayla Luna,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:666(a)(1)(A) Federal program fraud (Count 1)


Date: 08/13/2014

*Issuing officer's signature*

City and state: Nashville, Tennessee

Ann E. Schwarz, Criminal Docketing Supervisor
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-18-14, and the person was arrested on *(date)* 8-26-14
at *(city and state)* Nashville, TN.

Date: 8-26-14

*Arresting officer's signature*

SA Brian E. Fazenbaker, FBI
*Printed name and title*