# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14-00005 |
| | ) | Judge Trauger |
| KAYLA LUNA | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Wednesday, October 15, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 17th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge