Motion GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:14-00005 |
| | ) JUDGE TRAUGER |
| KAYLA LUNA | ) |

**MOTION TO SET MONTHLY RESTITUTION PAYMENT OF $25**

Through counsel and after consultation with Ms. Luna's supervising probation officer, defendant Kayla Luna moves the Court to amend the conditions of supervised release to specify that Ms. Luna pay $25 monthly toward restitution. In support of this motion, Ms. Luna would show the following:

1. On January 21, 2015, the Court placed Ms. Luna on probation for a three year term in connection with Ms. Luna's federal theft conviction. (D. 26, Judgment.)

2. The judgment provides in Probation Special Condition No. 1 that Ms. Luna pay restitution of $135,660.33 to Tennessee Risk Management Trust insurance company, and that she pay restitution at a minimum monthly rate of ten percent of her gross monthly income. *Id.* at 3.

3. As reflected in the presentence report (PSR) and confirmed with U.S. Probation Officer Wendy Darden, Ms. Luna currently receives approximately $2400 per month ($1348 Social Security Disability and $1090 retirement), which